HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VANDRIA RAYNER DORLAND, personally and as Executor and Trustee for the benefit of the Estate of Frank Dorland,<br><br>    Plaintiff,<br><br>v.<br><br>GLEN BRIDGES; BYRON V. DOTSON; and JOHN TAYLOR,<br><br>    Defendants. | NO. C02-0574-JCC<br><br>**ORDER FOR SUPPLEMENTAL PROCEEDINGS**<br><br>*Clerk's Action Required*<br><br>**[~~Proposed~~]** |

THIS MATTER having come before the Court upon the judgment creditor's motion for an order requiring the judgment debtors to appear for supplemental proceedings and the Court having reviewed the files and records herein, including the Motion for Supplemental Proceedings and the Declaration in Support of the Motion for Supplemental Proceedings, and having found that judgment was entered on January 11, 2005 in the amount of $55,871, that costs were taxed on December 7, 2004 in the amount of $8,309.44, that the judgment debtor has not paid any monies toward satisfaction of the judgment and costs totaling $64,180.44, and finding that supplemental proceedings are necessary to allow the judgment creditor to

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

obtain information concerning the extent and whereabouts of the judgment debtors' non-exempt assets;

NOW, THEREFORE, IT IS ORDERED:

1. Pursuant to RCW 6.32.050 and 6.32.190, Byron Dotson and John Taylor ("judgment debtors") **shall appear on February 8, 2006 on the 12th floor (<u>Courtroom A</u>) of the U.S. District Courthouse, 700 Stewart Street, Seattle, Washington**, to answer, under oath, questions propounded by the judgment creditor's attorney concerning any assets in which judgment debtors have an interest which can be subjected to payment of the judgment and costs in this action. **Byron Dotson shall appear at 10 a.m. John Taylor shall appear at 2 p.m.**

2. Pursuant to RCW 6.32.015, judgment debtors shall respond to the attached interrogatories (Exhibit A) no later than January 30, 2006.

3. Judgment debtors shall bring to the February 8, 2006 examination, for inspection and copying by judgment creditor's attorney, any and all documents in their possession, custody, or control evidencing any assets, including but not limited to the following: documents evidencing judgment debtors' incomes for the past four years; documents evidencing the amounts held by judgment debtors in bank accounts, brokerage accounts, and money market accounts; documents evidencing judgment debtors' interests or potential interests in real property; documents evidencing judgment debtors' interests in insurance policies; documents evidencing judgment debtors' ownership of any automobile or other vehicle; documents containing information concerning the complete name, address, telephone number and principal contact person(s) of any entity or person owing money to either judgment debtor and any other person or entity which currently has a contract with either judgment debtor, and for each such entity, documents evidencing the amount owed to

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1  either judgment debtor, the date on which said amounts became due and owing, all
2  statements, billings, and correspondence relating to said amounts, contract documents relating
3  to projects or work for which said amounts are owed, financial records reflecting any
4  payments made to either judgments debtor, and amounts remaining unpaid for said projects.
5  As used herein, "documents" includes all written, printed, typed, electronically stored, or
6  graphic matter, however produced or reproduced.

7      4.    Without limiting the foregoing, judgment debtors shall bring to the
8  examination the following:

    a)    all checkbooks, savings account records, passbooks, money market records, and records of trust in which either judgment debtor has an interest or has had an interest during the past three years;

    b)    all deeds, real estate contracts, or other documents relating in any way to real property in which either judgment debtor has any interest or potential interest;

    c)    all motor vehicle registrations and certificates of title to all automobiles or other vehicles in which either judgment debtor has an interest;

    d)    all registrations, certificates of title, conditional sales contracts, or the like, to all motor-driven vehicles, including boats, in which either judgment debtor has an interest;

    e)    all of both judgment debtors' income tax filings and financial statements for the past four years;

    f)    all stock certificates in which either judgment debtor has an interest, and any and all documents evidencing any stock owned by either judgment

ORDER FOR SUPPLEMENTAL PROCEEDINGS – 3

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

debtor, or evidencing any other ownership by either judgment debtor of any corporation or other business entity, or partnership;

g) all notes and bonds held by or on behalf of either judgment debtor and all records of money owed to either judgment debtor;

h) all insurance policies in which either judgment debtor has an interest, including but not limited to those which have a cash surrendered value;

i) all lists or appraisals of either judgment debtor's property prepared for insurance or any other purposes;

j) all bills of sale (or other evidence of ownership) and appraisals of either judgment debtor's furniture, fixtures, equipment, and other personal property;

k) all lists or documents evidencing any personal property in which either judgment debtor has an interest or had an interest in within the past year, including any and all intangible assets such as intellectual property, including, but not limited to, any and all URLs, domain names, copyrights, and trademarks; if either judgment debtor had an interest in such property within the past year but no longer do, all documents relating to the transfer of such property and the identities of its current owner(s); and

l) any and all other documents evidencing or relating to in any way any assets or potential assets owned by either judgment debtor.

FAILURE TO APPEAR OR BRING ALL REQUESTED DOCUMENTS AT THE TIME, DATE AND PLACE SET FORTH ABOVE WILL CAUSE THIS COURT TO ISSUE A BENCH WARRANT FOR APPREHENSION AND CONFINEMENT IN JAIL OF DEFENDANTS UNTIL SUCH TIME AS THIS MATTER CAN BE HEARD OR UNTIL BAIL IS POSTED.

ORDER FOR SUPPLEMENTAL PROCEEDINGS – 4

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1  FAILURE TO APPEAR AT THE TIME, DATE AND PLACE SET FORTH HEREIN MAY ALSO ENTITLE THE JUDGMENT CREDITOR TO AN AWARD OF REASONABLE ATTORNEY'S FEES, FOR WHICH THE JUDGMENT DEBTORS WOULD BE RESPONSIBLE.

DATED this 12th day of December, 2005.

s/ Mary Alice Theiler
U.S. MAGISTRATE JUDGE

Presented by:
CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP

/s/ Andrew H. May
Kelly P. Corr, WSBA 555
Paul R. Raskin, WSBA 24990
Andrew H. May, WSBA 34465
Attorneys for Plaintiff

ORDER FOR SUPPLEMENTAL PROCEEDINGS – 5

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900